

# Fourth Court of Appeals
## San Antonio, Texas

March 29, 2021

No. 04-19-00575-CV

**IN THE ESTATE OF CARLOS AGUILAR, DECEASED,**

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2012-PB4-000048-L2
Honorable Victor Villarreal, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                 Luz Elena D. Chapa, Justice
                 Lori I. Valenzuela, Justice

On March 26, 2021, the parties filed a "Joint Motion Pursuant to Settlement" in which they assert they settled the dispute that is the subject of this appeal and they filed an Agreed Order with the probate court. The parties ask this court to abate the appeal, remand the cause to the trial court to effectuate the agreement, and order each party to bear their own costs of appeal. The motion is GRANTED IN PART and DENIED IN PART.

This cause is REMANDED to the trial court to allow the court to effectuate the parties' agreement as reflected in their executed Agree Order. This appeal is ABATED pending further order of this court. The parties are ordered to file, **no later than April 28, 2021**, (1) a motion to dismiss this appeal in compliance with Texas Rule of Appellate Procedure 42.1 or (2) a letter informing this court of the status of the case before the trial court.

The parties' request to order costs assessed against the party that incurred them is DENIED without prejudice to the parties requesting the same relief upon dismissal of this appeal.

It is so **ORDERED** March 29, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT